Shanon McGinnis
California Bar No. 284234
*admitted pro hac vice*
WARGO FRENCH & SINGER, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Email: smcginnis@wfslaw.com

Alex L. Fugazzi, Esq
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
nkanute@swlaw.com
spope@swlaw.com

*Attorneys for Plaintiff*
*BioWound Solutions, Inc.*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIOWOUND SOLUTIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARING WOUNDS PLLC, a Texas professional limited liability company; and CYNTHIA KIEU, an individual,<br><br>Defendants. | Case No.: 2:26-cv-01175-EJY<br><br>**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiff BioWound Solutions, Inc. ("Plaintiff") and Defendants Caring Wounds PLLC and Cynthia Kieu ("Defendants") have reached a Settlement Agreement effective October 29, 2026 ("Settlement"). The Settlement provides that Plaintiff shall dismiss the action with prejudice, with the Court retaining jurisdiction to enforce the Settlement, including by entry of a stipulated judgment in the event that Defendants fail to comply with the terms of the Settlement.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the parties hereby stipulate, and request that the Court enter an order dismissing this action in its entirety with prejudice and with all parties to bear their own costs and fees, except as otherwise provided in the Settlement. The parties additionally request that the Court retain jurisdiction to enforce the Settlement. *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

Dated: October 29, 2026

WARGO, FRENCH & SINGER, LLP

By: ______________________
Shanon J. McGinnis

Attorney for Plaintiff
BioWound Solutions, Inc.

Dated: October 29, 2026

CARING WOUNDS PLLC

By: ______________________
Cynthia Kieu, Principal

Dated: October 29, 2026

CYNTHIA KIEU

By: ______________________
Cynthia Kieu

SNELL & WILMER

Shanon McGinnis
California Bar No. 284234
*admitted pro hac vice*
WARGO FRENCH & SINGER, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Email: smcginnis@wfslaw.com

Alex L. Fugazzi, Esq
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
nkanute@swlaw.com
spope@swlaw.com

*Attorneys for Plaintiff*
*BioWound Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIOWOUND SOLUTIONS, INC., a Nevada corporation,

Plaintiff,

v.

CARING WOUNDS PLLC, a Texas professional limited liability company; and CYNTHIA KIEU, an individual,

Defendants.

Case No.: 2:26-cv-01175-EJY

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff BioWound Solutions, Inc. ("Plaintiff") and Defendants Caring Wounds PLLC and Cynthia Kieu ("Defendants") have filed a Joint Stipulation ("Stipulation") notifying the Court that they reached a Settlement Agreement effective October 29, 2026 ("Settlement"). The Settlement provides that Plaintiff shall dismiss the action with prejudice, with the Court retaining jurisdiction to enforce the Settlement, including by entry of a stipulated judgment in the event that Defendants fail to comply with the terms of the Settlement. Via the Stipulation, the parties have requested that the Court approve the foregoing.

The Court finds good cause to GRANT the Stipulation. Accordingly, this action is hereby DISMISSED in its entirety with prejudice and with all parties to bear their own costs and fees, except as otherwise provided in the Settlement. Fed. R. Civ. P. 41(a)(2). The Court shall retain jurisdiction to enforce the Settlement. *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

IT IS SO ORDERED.

Dated: November 5, 2026

By: Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE